1  **CALLAHAN & BLAINE**
   A Professional Law Corporation
2  Daniel J. Callahan (Bar No. 91490)
   daniel@callahan-law.com
3  Michael J. Sachs (Bar No. 134468)
   michael@callahan-law.com
4  Kathleen L. Dunham (Bar No. 98653)
   kdunham@callahan-law.com
5  Douglas M. Carasso (Bar No. 151046)
   dcarasso@callahan-law.com
6  3 Hutton Centre Drive, Ninth Floor
   Santa Ana, California  92707
7  (714) 241-4444 / (714) 241-4445 [FAX]

8  Attorneys for Plaintiffs

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| VERONICA BECERRA, an individual; WILLIAMS HERRERA LUIS, an individual; VANNESSA CASTRO, an individual; AURORA HOLGUIN, an individual; ALMA LANDEROS, an individual; ADALBERTO HERNANDEZ, an individual; and ELEUTERIA SOSA MENDOZA, an individual, on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THE McCLATCHY COMPANY, a Delaware Corporation, d/b/a The Fresno Bee; McCLATCHY NEWSPAPERS INC., a Delaware corporation, d/b/a The Fresno Bee; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 09-CV-00125-OWW-SMS <br><br> **Assigned to Judge Oliver W. Wanger** <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO REMAND AND REMANDING ACTION TO STATE COURT** |

1

1  On December 19, 2008, Plaintiffs filed this purported class-action lawsuit against
2 Defendants The McClatchy Company and McClatchy Newspapers Inc. ("Defendants"),
3 both doing business as "The Fresno Bee," in the Superior Court of the State of California,
4 County of Fresno. Plaintiffs' complaint contains eight claims: Claims one through seven
5 assert violations of various provisions of the California Labor Code, and the eighth claim
6 is for an alleged violation of California's Unfair Business Practices law.

7  On January 20, 2009, Defendants filed a notice of removal pursuant to 28 U.S.C.
8 § 1441(b), claiming that the Employee Retirement Income Security Act ("ERISA")
9 provided the basis for removal.

10  On February 13, 2009, Plaintiffs filed their Motion to Remand, and said Motion
11 came on for hearing by the court on April 27, 2009.  Plaintiffs appeared by counsel
12 Kathleen Dunham of Callahan & Blaine; Defendants appeared by counsel David Kadue
13 of Seyfarth Shaw and William Hahessy.  The Court, having considered the pleadings and
14 declarations and having heard the arguments of counsel, rules as follows:

15  Plaintiffs' Motion to Remand is hereby GRANTED on the ground there is an
16 absence of federal jurisdiction, as no federal employment benefit is identified in the
17 complaint and Plaintiffs are admittedly not seeking ERISA benefits in this action.

18  Plaintiffs' request for recovery of their attorneys' fees and costs, under 28 U.S.C.
19 §1447(c), is hereby DENIED because it was not objectively unreasonable for Defendants
20 to have attempted removal.

21  Accordingly, this action is hereby ordered REMANDED to the California Superior
22 Court for the County of Fresno.

23  IT IS SO ORDERED.

25 DATED: 6/30/2009                    /s/ OLIVER W. WANGER
                                       OLIVER W. WAGNER
26                                     United States District Judge

G:\docs\ATimken\Orders To Be Signed\09cv125.p.remand.wpd